"UNDER SEAL"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION



FILED
IN COURT
CHARLOTTE, N. C.

SEP 13 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| In re:<br><br>NICHOLAS DIBRUNO AND WENDY DIBRUNO,<br><br>Debtors. | Case No. 05-33005<br>Chapter 7 |
| In re:<br><br>JOSEPH A. DIBRUNO, JR.,<br><br>Debtor. | Case No. 05-33006<br>Chapter 7 |
| In re:<br><br>JOSEPH A. DIBRUNO, SR.,<br><br>Debtor. | Case No. 05-033007<br>Chapter 7 |
| In re:<br><br>LELA L. DIBRUNO,<br><br>Debtor. | Case No. 05-33712<br>Chapter 7 |

ORDER WITHDRAWING REFERENCE OF BANKRUPTCY CASES

THE UNDERSIGNED U.S. DISTRICT JUDGE hereby withdraws reference of the above-captioned Chapter 7 bankruptcy cases from the bankruptcy court, pursuant to 28 U.S.C. §157(d), for further proceedings in U.S. District Court.

SO ORDERED, this 13th day of September, 2005.

/s/ Graham C. Mullen
Graham C. Mullen
Chief United States District Judge