**"UNDER SEAL"**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
<u>Charlotte Division</u>

FILED
IN COURT
CHARLOTTE, N. C.

SEP 13 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| In re: <br><br> NICHOLAS DIBRUNO AND WENDY DIBRUNO, <br><br> Debtors. | Case Number 05-33005 <br><br> Chapter 7 |
| In re: <br><br> JOSEPH A. DIBRUNO, JR., <br><br> Debtor. | Case Number 05-33006 <br><br> Chapter 7 |
| In re: <br><br> JOSEPH A. DIBRUNO, SR., <br><br> Debtor. | Case Number 05-33007 <br><br> Chapter 7 |
| In re: <br><br> LELA L. DIBRUNO, <br><br> Debtor. | Case Number 05-33712 <br><br> Chapter 7 (Involuntary) |

## <u>ORDER</u>

Upon consideration of the issues raised in the *Trustee's Ex Parte Motion for Order to Permit Entry for Purpose of Inspection* heard on the date indicated herein, the Court has determined that all proceedings in the above-referenced bankruptcy cases should be conducted under seal.

IT IS, THEREFORE, ORDERED that all proceedings in these cases shall be conducted under seal until further order by this Court

Dated: September 13, 2005.

*/s/ Graham C. Mullen*
Graham C. Mullen
Chief United States District Judge