UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

3:05-cv-391

| | |
|---|---|
| In re: | |
| **NICHOLAS DIBRUNO AND WENDY DIBRUNO,** | Case Number 05-33005 |
| Debtors. | Chapter 7 |
| In re: | |
| **JOSEPH A. DIBRUNO, JR.,** | Case Number 05-33006 |
| Debtor. | Chapter 7 |
| In re: | |
| **JOSEPH A. DIBRUNO, SR.,** | Case Number 05-33007 |
| Debtor. | Chapter 7 |

## ORDER REFERRING PORTION OF CASES TO BANKRUPTCY COURT

This matter came on *sua sponte* and the Court will refer to the Bankruptcy Court a limited portion of these cases to enable the Trustee to file and prosecute certain adversary proceedings. This court will for now retain the remainder of the cases. It is, therefore,

**ORDERED** that limited reference to the Bankruptcy Court is made under 28 U.S.C. §157 of these three captioned bankruptcy cases for the sole purpose of allowing the Trustee to file and prosecute adversary proceedings. For the time being this Court will retain all other proceedings and contested matters in these cases.

This the 14th day of September, 2005.

Graham C. Mullen
Chief United States District Judge