UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 391-MU

FILED
IN COURT
CHARLOTTE, N. C.

SEP 2 0 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

In re:

Nicholas DiBruno
Wendy DiBruno,

       Debtors.

Case Number 05-33005

Chapter 7

In re:

Joseph A. DiBruno, Jr.,

       Debtor.

Case Number 05-33006

Chapter 7

In re:

Joseph A. DiBruno, Sr.,

       Debtor.

Case Number 05-33007

Chapter 7

# ORDER DIRECTING TRUSTEE TO PROCESS
# A "NOTICE OF ASSET CASE" IN
# THE BANKRUPTCY COURT

    This matter came on to be heard upon oral motion of the Chapter 7 Bankruptcy Trustee for the above referenced Debtors for authorization to process the notice to creditors of a possible dividend in each of the above referenced cases; and it appears that good cause exists, it is, therefore

    **ORDERED** that the Trustee request the Clerk of the U.S. Bankruptcy Court to notice creditors of a possible dividend in each of the above referenced bankruptcy cases.

This the 20th day of September, 2005.

Graham C. Mullen
Chief U.S. District Court Judge