UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 391-MU

FILED IN COURT
CHARLOTTE, N. C.

SEP 2 0 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| In re:<br><br>Nicholas DiBruno<br>Wendy DiBruno,<br><br>      Debtors. | Case Number 05-33005<br><br>Chapter 7 |
| In re:<br><br>Joseph A. DiBruno, Jr.,<br><br>      Debtor. | Case Number 05-33006<br><br>Chapter 7 |
| In re:<br><br>Joseph A. DiBruno, Sr.,<br><br>      Debtor. | Case Number 05-33007<br><br>Chapter 7 |

## ORDER DIRECTING TRUSTEE TO PROCESS A "NOTICE OF ASSET CASE" IN THE BANKRUPTCY COURT

This matter came on to be heard upon oral motion of the Chapter 7 Bankruptcy Trustee for the above referenced Debtors for authorization to process the notice to creditors of a possible dividend in each of the above referenced cases; and it appears that good cause exists, it is, therefore

**ORDERED** that the Trustee request the Clerk of the U.S. Bankruptcy Court to notice creditors of a possible dividend in each of the above referenced bankruptcy cases.

This the _20th_ day of September, 2005.

_____
Graham C. Mullen
Chief U.S. District Court Judge