UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
IN COURT
CHARLOTTE, N. C.
SEP 2 0 2005
U. S. DISTRICT COURT
W. DIST. OF N. C.

Case Number: 3:05cv391

In re: Nicholas DiBruno and Wendy DiBruno )
)
In re: Joseph A. DiBruno, Jr. )
)
In re: Joseph A. DiBruno, Sr. )
)
In re: Lela L. DiBruno )
)

**ORDER**

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 20th day of September, 2005.

_Graham C. Mullen_
United States Judge Presiding