UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 391-MU

FILED
IN COURT
CHARLOTTE, N. C.

SEP 2 0 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| In re:<br><br>Nicholas DiBruno<br>Wendy DiBruno,<br><br>                Debtors | Case Number 05-33005<br><br>Chapter 7 |
| In re:<br><br>Joseph A. DiBruno, Jr.,<br><br>                Debtor | Case Number 05-33006<br><br>Chapter 7 |
| In re:<br><br>Joseph A. DiBruno, Sr.,<br><br>                Debtor | Case Number 05-33007<br><br>Chapter 7 |

## ORDER DIRECTING BANK OF AMERICA (and its subsidiaries and affiliates) TO TAKE CERTAIN ACTION

This matter came on to be heard upon the *ex parte* motion of the Chapter 7 Bankruptcy Trustee for the above referenced Debtors for an Order directing Bank of America, and any applicable subsidiaries and affiliates, to search their records to determine if they maintain any safe deposit boxes or similar storage facilities (the "Safe Deposit Boxes") for any of the parties identified on the attached sheets (jointly or with any other entity), and if so, to freeze those Safe Deposit Boxes until further order of this Court, and it appears that the order should be granted; it is, therefore

**ORDERED** that Bank of America, and all applicable subsidiaries or affiliates, shall immediately without delay search its or their records both in North Carolina and nationally to determine if they maintain any Safe Deposit Boxes for any of the parties identified on the attached sheets, either jointly or with any other party, and if they do so maintain such Safe Deposit Boxes, Bank of America shall notify the Trustee immediately and without delay of the names and addresses of such parties, and the location of the Safe Deposit Boxes, and Bank of America shall also immediately and without delay freeze and prevent access to the Safe Deposit Boxes so identified until further Order of this Court; and it is further

**ORDERED** that Bank of America and its subsidiaries and affiliates, and their officers, agents and employees, in complying with the terms of this Order, shall have no liability to any party.

Nicholas DiBruno, et al.                                                                                                                                                                                                       Doc. 15

Dockets.Justia.com

This the 20th day of September, 2005.

Graham C. Mullen
Chief U.S. District Court Judge

## DIBRUNO PLAYERS

International Food Tech, Inc.

First Intertech Corp.

Lela L. DiBruno

K.B. Records, Inc.

J&G Time Pieces, Inc.

Kolur Blynd Records, Inc.

DiBruno Brothers Mining, Inc.

Joseph A. DiBruno, Jr.

Joseph A. DiBruno, Sr.

Nicholas A. DiBruno

Wendy DiBruno

Cecil Minges

International Senatorial Committee for the United Nations, Inc.

Golden Jersey Products, Inc.

U.S. Dairy Corp.

Vero Dispersion Machines, Inc.

Platinum Records Distributing Corp.

Internet Business Design Group, Inc.

Farm Maid Corp.

Dairene Industries, Ltd.

Dairene International, Inc.

Commodore Restaurants, Inc.

Kolur Blynd Publishing Corporation

KBM Publishing, Inc.

J.N.E. Group, Inc.

DiKari Entertainment Corporation

DiKari Enterprises Corporation

Buck Wild Hunting Gear, Inc.

U.S. Pawn and Surplus Co., Inc.

Old September, Inc./New August

Genesis Ozonics, Inc.

First Intertech Corp.

Brewer Alcohol Fuel Corporation

National Gas & Power Co.

International Food Technologies, Inc.

Nicola Marie Freeland

Angela Freeland

Mary "Punk" Smiley

Erwin Lee Lowther

Rachel Bean Hale

Jaime D. Counts

Carrol J. Jewelers

Clifford Ray Callaway

Robert Bruce Wallace

Rachel Carpenter Beam

Rachel Bean

Mary Reese