FILED
CHARLOTTE, N. C.

SEP 21 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 391-MU

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007<br>Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| Nicholas DiBruno<br>Wendy DiBruno | Jointly Administered |
| Debtors | |

### ORDER DIRECTING BRANCH BANKING & TRUST COMPANY (and its subsidiaries and affiliates) TO TAKE CERTAIN ACTION

   This matter came on to be heard upon the oral motion of the Chapter 7 Bankruptcy Trustee for the above referenced Debtors, made at the hearing on preliminary injunction on 20 September 2005, for an Order directing Branch Banking & Trust Company, and any applicable subsidiaries and affiliates, to search their records to determine if they maintain any safe deposit boxes or similar storage facilities (the "Safe Deposit Boxes") for any of the parties identified on the attached sheets (jointly or with any other entity), and if so, to freeze those Safe Deposit Boxes until further order of this Court, and it appears that the order should be granted; it is, therefore

   **ORDERED** that Branch Banking & Trust Company, and all applicable subsidiaries or affiliates, shall immediately without delay search its or their records both in North Carolina and nationally to determine if they maintain any Safe Deposit Boxes for any of the parties identified on the attached sheets, either jointly or with any other party, and if they do so maintain such Safe Deposit Boxes, Branch Banking & Trust Company. shall notify the Trustee immediately and without delay of the names and addresses of such parties, and the location of the Safe Deposit Boxes, and Branch Banking & Trust Company shall also immediately and without delay freeze and prevent access to the Safe Deposit Boxes so identified until further Order of this Court; and it is further

Nicholas DiBruno, et al.

Dockets.Justia.com

**ORDERED** that Branch Banking & Trust Company, and its subsidiaries and affiliates, and their officers, agents and employees, in complying with the terms of this Order, shall have no liability to any party.

This the 21st day of September, 2005.

Graham C. Mullen
Chief U.S. District Court Judge

# DIBRUNO PLAYERS

International Food Tech, Inc.

First Intertech Corp.

Lela L. DiBruno

K.B. Records, Inc.

J&G Time Pieces, Inc.

Kolur Blynd Records, Inc.

DiBruno Brothers Mining, Inc.

Joseph A. DiBruno, Jr.

Joseph A. DiBruno, Sr.

Nicholas A. DiBruno

Wendy DiBruno

Cecil Minges

International Senatorial Committee for the United Nations, Inc.

Golden Jersey Products, Inc.

U.S. Dairy Corp.

Vero Dispersion Machines, Inc.

Platinum Records Distributing Corp.

Internet Business Design Group, Inc.

Farm Maid Corp.

Dairene Industries, Ltd.

Dairene International, Inc.

Commodore Restaurants, Inc.

Kolur Blynd Publishing Corporation

KBM Publishing, Inc.

J.N.E. Group, Inc.

DiKari Entertainment Corporation

DiKari Enterprises Corporation

Buck Wild Hunting Gear, Inc.

U.S. Pawn and Surplus Co., Inc.

Old September, Inc./New August

Genesis Ozonics, Inc.

First Intertech Corp.

Brewer Alcohol Fuel Corporation

National Gas & Power Co.

International Food Technologies, Inc.

Nicola Marie Freeland

Angela Freeland

Mary "Punk" Smiley

Erwin Lee Lowther

Rachel Bean Hale

Jaime D. Counts

Carrol J. Jewelers

Clifford Ray Callaway

Robert Bruce Wallace

Rachel Carpenter Beam

Rachel Bean

Mary Reese

International Racing, Inc.

Genesis Environmental Research, Inc.

Little Rock Pawn

U.S. Pawn & Surplus Co., Inc.

Platinum Records, Inc.