UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 391-MU

FILED
CHARLOTTE, N. C.

SEP 21 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| In re: | Chapter 7 |
|---|---|
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
|  | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| Nicholas DiBruno<br>Wendy DiBruno | Jointly Administered |
| Debtors |  |

**ORDER REFERRING ADDITIONAL PORTION OF
CASES TO BANKRUPTCY COURT**

This matter came on *sua sponte* and the Court will refer to the Bankruptcy Court a limited portion of these cases to enable the Bankruptcy Court to hear and determine the motions of Sandra Cummings to withdraw as counsel for the Debtors. This court will for now retain the remainder of the cases except for adversary proceedings which the Court referred recently. It is, therefore,

**ORDERED** that limited reference to the Bankruptcy Court is made under 28 U.S.C. §157 of these three captioned bankruptcy cases for the sole purpose of allowing the Bankruptcy Court to hear and determine the motions of Sandra Cummings to withdraw as counsel for the Debtors. For the time being this Court will retain all other proceedings and contested matters in these cases, except for adversary proceedings which the Court referred to the Bankruptcy Court in an Order entered on 14 September 2005.

This the 21st day of September, 2005.

/s/ Graham C. Mullen
Graham C. Mullen
Chief United States District Judge