F I L E D
CHARLOTTE, N. C.

SEP 2 1 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 391-MU

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
| | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| Nicholas DiBruno | Jointly Administered |
| Wendy DiBruno | |
| Debtors | |

## ORDER REFERRING ADDITIONAL PORTION OF
## CASES TO BANKRUPTCY COURT

This matter came on *sua sponte* and the Court will refer to the Bankruptcy Court a limited portion of these cases to enable the Bankruptcy Court to hear and determine the motions of Sandra Cummings to withdraw as counsel for the Debtors. This court will for now retain the remainder of the cases except for adversary proceedings which the Court referred recently. It is, therefore,

**ORDERED** that limited reference to the Bankruptcy Court is made under 28 U.S.C. §157 of these three captioned bankruptcy cases for the sole purpose of allowing the Bankruptcy Court to hear and determine the motions of Sandra Cummings to withdraw as counsel for the Debtors. For the time being this Court will retain all other proceedings and contested matters in these cases, except for adversary proceedings which the Court referred to the Bankruptcy Court in an Order entered on 14 September 2005.

This the 21 day of September, 2005.

Graham C. Mullen
Chief United States District Judge