IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cv391

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| NICHOLAS DiBRUNO and WENDY DiBRUNO, | ) | Case No.: 05-33005 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| JOSEPH A. DiBRUNO, JR., | ) | Case No.: 05-33006 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| JOSEPH A. DiBRUNO, SR., | ) | Case No.: 05-033007 |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re: | ) | |
| | ) | |
| LELA L. DiBRUNO, | ) | Case No.: 05-33712 |
| | ) | |
| Debtor. | ) | |

**ORDER TO UNSEAL**

This matter is before the court upon the Trustee's oral motion to unseal the case. Seeing no further reason to maintain the seal on this case, the motion is GRANTED.

IT IS SO ORDERED.

**Signed: October 4, 2005**

Graham C. Mullen
Chief United States District Judge