FILED
IN COURT
CHARLOTTE, N. C.

NOV 21 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
**CHARLOTTE DIVISION**
3:05cv00391 MU

| | |
|---|---|
| In re: | |
| Joseph A. DiBruno, Sr. | Bankruptcy Case No. 05-33007 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case No. 05-33006 |
| Nicholas DiBruno & Wendy DiBruno | Bankruptcy Case No. 05-33005 |
| Debtors. | Jointly Administered |
| | Chapter 7 |

## ORDER AUTHORIZING TRUSTEE TO COMPEL SUNTRUST BANK TO PRODUCE DOCUMENTS

This matter was heard on November 21, 2005, on the *Motion For Order Compelling SunTrust To Produce Documents* (the "Motion"), under Fed. R. Bankr. P. 2004, filed by the Trustee on November 15, 2005. For good cause shown, the court concludes the motion should be granted.

It is therefore **ORDERED** that the Trustee is authorized, pursuant to Fed. R. Bankr. P. 2004, to compel SunTrust to produce the account records from each of the custodial accounts, as described in the Motion, including copies of all deposits, disbursements, and account statements, from the later of the opening of the account or July 27, 2001, to the present.

Dated this 21st day of November, 2005.

Graham C. Mullen
United States Chief District Court Judge

JAH:364692 v1