FILED
IN COURT
CHARLOTTE, N. C.

NOV 21 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
<u>CHARLOTTE DIVISION</u>**
3:05cv00391 MU

In re:

Joseph A. Dibruno, Sr.
Joseph A. DiBruno, Jr.
Nicholas DiBruno & Wendy DiBruno

        Debtors.

Bankruptcy Case No. 05-33007
Bankruptcy Case No. 05-33006
Bankruptcy Case No. 05-33005

Jointly Administered

Chapter 7

## ORDER AUTHORIZING TRUSTEE TO CONDUCT EXAMINATION OF ROBERT BRUCE WALLACE

This matter was heard on November 21, 2005, on the *Motion For Order Directing Robert Bruce Wallace To Appear For Examination* under Fed. R. Bankr. P. 2004, filed by the Trustee on October 26, 2005. For good cause shown, the court concludes the motion should be granted.

It is therefore **ORDERED** that the Trustee is authorized, pursuant to Fed. R. Bankr. P. 2004(a), to conduct an examination of Robert Bruce Wallace of 431 Holly Drive, Belmont, NC 28012-2331, as to acts, conduct, property and financial condition of the debtors, matters which may affect the administration of the debtors' estates, and the debtors' right to a discharge. The Trustee may compel the production of documents prior to the examination. If the Trustee and Dr. Wallace cannot mutually agree on a time and place for the examination, the Trustee may compel attendance in the manner set forth in Fed. R. Bankr. P. 2004(c) and 9016.

Dated this 21st day of November, 2005.

Graham C. Mullen
United States Chief District Court Judge