FILED
IN COURT
CHARLOTTE, N. C.

NOV 21 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## <u>CHARLOTTE DIVISION</u>
### 3:05cv00391 MU

| | |
|---|---|
| In re: | Bankruptcy Case No. 05-33007 |
| Joseph A. Dibruno, Sr. | Bankruptcy Case No. 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case No. 05-33005 |
| Nicholas DiBruno & Wendy DiBruno | |
| | Jointly Administered |
| Debtors. | |
| | Chapter 7 |

## ORDER AUTHORIZING TRUSTEE TO CONDUCT
## EXAMINATION OF CLIFFORD K. CALLAWAY

This matter was heard on November 21, 2005, on the *Motion For Order Directing Clifford K. Callaway To Appear For Examination* under Fed. R. Bankr. P. 2004, filed by the Trustee on October 26, 2005. For good cause shown, the court concludes the motion should be granted.

It is therefore **ORDERED** that the Trustee is authorized, pursuant to Fed. R. Bankr. P. 2004(a), to conduct an examination of Clifford K. Callaway of 311 Wingrave Drive, Charlotte, NC 28270, as to acts, conduct, property and financial condition of the debtors, matters which may affect the administration of the debtors' estates, and the debtors' right to a discharge. The Trustee may compel the production of documents prior to the examination. If the Trustee and Dr. Callaway cannot mutually agree on a time and place for the examination, the Trustee may compel attendance in the manner set forth in Fed. R. Bankr. P. 2004(c) and 9016.

Dated this 21st day of November, 2005.

Graham C. Mullen
United States Chief District Court Judge