**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cv00391 MU**

| | |
|---|---|
| In re: | Bankruptcy Case No. 05-33007 |
| Joseph A. Dibruno, Sr. | Bankruptcy Case No. 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case No. 05-33005 |
| Nicholas DiBruno & Wendy DiBruno | Bankruptcy Case No. 05-33712 |
| Lela DiBruno | |
| | Jointly Administered |
| Debtors. | |
| | Chapter 7 |

**ORDER DIRECTING LELA DIBRUNO
TO FILE INFORMATION ON CREDITORS**

This matter was heard on December 16, 2005. Lela DiBruno filed, on December 15, 005, her *Answer Of Lela L. DiBruno To Involuntary Bankruptcy Petition*, in which she alleges that she has 12 or more creditors and in which she disputes the claims of the petitioning creditors.

Pursuant to Bankruptcy Rule 1003(b) and the authority of this court, Lela DiBruno is ordered to file with the court and serve on the attorneys for the petitioning creditors and Langdon M. Cooper, on or before the close of business on Tuesday, December 20, 2005, a detailed disclosure of all her creditors as follows:

1. Exact or full name of creditor;
2. Address of creditor;
3. Account number, or, if there is no account number, then indicate no account number;
4. Name of contact person, if known;
5. Phone number, if known;
6. Whether the creditor holds a lien on any property for this debt and, if so, what property;
7. The name of the attorney for the creditor, if known;
8. Whether the claim is disputed;
9. Whether the claim is contingent;
10. How long the relationship with the creditor has existed;
11. Whether individual creditors or employees of the creditor are friends, relatives, family members, or business associates, and, if so, explain the relationship;
12. All documents that support or otherwise evidence the claim of the creditor, including, for example:

a. Any judgment obtained for the debt (other than the judgment obtained by Holland & Dimmette);
b. If the debt was the subject of a lawsuit, then provide copies of the complaint and answer (other than the lawsuit brought by Holland & Dimmette);
c. Current statement;
d. For individual or medical professionals, a complete financial history with that individual or medical professional; and
e. Copies of documents evidencing any lien.

The court will conduct the trial on this involuntary proceeding on Wednesday, January 4, 2006 at 10:00 a.m.

**Signed: December 19, 2005**

Graham C. Mullen
Chief United States District Judge