IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
___Charlotte___ DIVISION

FILED IN COURT
CHARLOTTE, N.C.
JAN 4 2006
U. S. DISTRICT COURT
W. DIST. OF N. C.

Re: Lela Dibruno )

ORDER

3:05cv391

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

**IT IS ORDERED** that the clerk is hereby relieved of all responsibility for said exhibits and that upon request of the clerk, the custodian the exhibits shall deliver said exhibits to the clerk forthwith.

This ___4___ day of ___January___, 2006.

_____
United States District Judge

cc: All counsel