FILED
IN COURT
CHARLOTTE, N. C.

JAN 4 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES BANKRUPTCY, WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE:<br>LELA DIBRUNO,<br><br>    Debtor, | Involuntary Bankruptcy # 05-33712<br>(Chapter 7) |
| JOSEPH A. DIBRUNO, JR.,<br><br>    Debtor, | Bankruptcy # 05-3306<br>(Chapter 7) |
| JOSEPH A. DIBRUNO, SR.,<br><br>    Debtor, | Bankruptcy # 05-33007<br>(Chapter 7)<br>consolidated |
| NICHOLAS DIBRUNO and<br>WENDY DIBRUNO,<br><br>    Debtors. | Bankruptcy # 05-33005<br>(Chapter 7) |
| LANGDON M. COOPER, Trustee<br>In bankruptcy for Joseph A. DiBruno, Sr.,<br>Nicholas DiBruno and Wendy DiBruno,<br>And Joseph A. DiBruno, Jr. | |

## ORDER ALLOWING OUT OF STATE ATTORNEY PRO HAC VICE ADMISSION

This matter coming on to be heard, and being heard, before the undersigned Judge presiding over the January 4, 2006, session of the United States Bankruptcy Court for the Western District of North Carolina, Charlotte Division, on motion of Debtor, Lela DiBruno, to allow an out of state attorney to represent her in this action, and the Court is of the opinion that said motion should be allowed;

IT IS THEREFORE ORDERED, that Theodore W. Herzog, Attorney at Law, is hereby allowed to appear in this action on behalf of Lela DeBruno, subject to all rules of this Court and the Rules of the North Carolina State Bar.

This the 4th day of January, 2006.

_____
Judge Presiding