FILED
IN COURT
CHARLOTTE, N. C.

JAN 4 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 391-MU

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
| | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| | Bankruptcy Case Number 05-33712 |
| Nicholas DiBruno | |
| Wendy DiBruno | Jointly Administered |
| Lela L. DiBruno | |
| Debtors | |

## ORDER FOR RELIEF IN INVOLUNTARY CASE OF LELA L. DIBRUNO, ORDER ADMINISTRATIVELY CONSOLIDATING THE CASE OF LELA L. DIBRUNO WITH THE OTHER DIBRUNO CASES, ORDER APPOINTING TRUSTEE, ORDER APPOINTING COUNSEL TO THE TRUSTEE, and ORDER DIRECTING THE DEBTOR LELA L. DIBRUNO TO FILE ALL CHAPTER 7 DOCUMENTS

On consideration of the involuntary petition filed on 9 September 2005 against Lela L. DiBruno, and after trial on the merits and the consideration of the evidence and record, an order for relief under Chapter 7 of the Bankruptcy Code (Title 11 of the United States) is granted.

The case of Lela L. DiBruno is administratively consolidated with the other cases included in the above caption and the case caption listed above shall be used for all pleadings in these consolidated cases.

Langdon M. Cooper, who is already the Trustee in the other cases in the caption above, is appointed as Trustee in the Lela L. DiBruno case to serve under his general blanket bond.

Mullen Holland & Cooper P. A. is appointed general counsel to the Trustee in the Case of Lela L. DiBruno on the same terms under which it already serves as general

counsel to the Trustee in the other three DiBruno cases set out in the caption above. The previously filed 2014 Declaration shall apply here.

Johnston Allison & Hord, P. A. and Grier Furr & Crisp, P. A. are appointed special counsel to the Trustee on the same terms under which they already serve as special counsel to the Trustee in the other three DiBruno cases set out in the caption above. Their previously filed 2014 Declarations shall apply here.

The Debtor, Lela L. DiBruno, shall by ~~24 January 2006~~ 3 Feb 2006 file in this Court, in the file referenced above, all schedules, the statement of financial affairs and all other documents required to be filed by a debtor in a Chapter 7 bankruptcy case. The Trustee shall notify this Court when the Debtor has filed these Chapter 7 documents, and the Court will issue the standard notice of first meeting of creditors and other deadlines.

Dated this 4th day of January, 2006.

Graham C. Mullen
United States District Court Judge