FILED
IN COURT
CHARLOTTE, N. C.
JAN 4 2006
U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 391-MU

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
| | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| | Bankruptcy Case Number 05-33712 |
| Nicholas DiBruno | |
| Wendy DiBruno | Jointly Administered |
| Lela DiBruno | |
| Debtors | |

## ORDER AUTHORIZING TRUSTEE TO LIST THE REAL PROPERTY FOR THE PURPOSE OF PRIVATE SALES

Upon Motion of Langdon M. Cooper, Trustee, in which he seeks authority to list the real property of the estates with a realtor of his choice for the purpose of selling the property at private sales, and to incur certain expenses and make certain disbursements; and after considering and reviewing all pleadings and the record established before the Court, the Court concludes that it is in the best interest of the above referenced estates that this action be taken without further delay and that the Trustee's motion to employ the services of a realtor be granted; it is, therefore,

**ORDERED** that Langdon M. Cooper, Trustee is hereby authorized to list with a realtor of his choice the real property of the estates for the purpose of selling the property at a private sales, with all private sales to be made after notice and hearing.

This the 4th day of January, 2006.

Graham C. Mullen
United States District Court Judge