UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 391-MU

| | |
|---|---|
| IN RE:<br><br>Joseph A. DiBruno, Sr.<br><br>Joseph A. DiBruno, Jr.<br><br>Nicholas DiBruno<br>Wendy DiBruno<br><br>Lela DiBruno<br><br><br>Debtors | Chapter 7<br><br>Bankruptcy Case Number 05-33007<br>Bankruptcy Case Number 05-33006<br>Bankruptcy Case Number 05-33005<br>Bankruptcy Case Number 05-33712<br>(Jointly Administered)<br><br><br>**ORDER AUTHORIZING TRUSTEE<br>TO SELL CERTAIN PERSONAL<br>PROPERTY AT PRIVATE<br>CONSIGNMENT SALES** |

This contested matter came on to be heard this day upon Motion of Langdon M. Cooper, Trustee, in which he seeks authority to sell certain property of this estate, that is, various watches, jewelry and other personal property (the "Consigned Property") free and clear of all liens, interests and encumbrances, to incur certain expenses and make certain disbursements, and good cause having been shown for the proposed procedure, and it appearing that notice of an opportunity for a hearing on any objections to the Trustee's motion was properly given by the Trustee and the shortened notice is explicitly approved by the Court, and the Court has considered the position of the Debtors, it is, therefore,

**ORDERED** that Langdon M. Cooper, Trustee, is authorized: (a) to sell the Consigned Property at private sales at such times and locations of the Trustee's selection in the ordinary course of business of the consignee; and (b) to incur and pay all expenses as outlined in his motion, including the cost of a reasonable commission to the consignee, and such security as the Trustee believes reasonable, and to disburse these sums from the sales proceeds; and (c) to provide the Court a report and accounting of the sale(s).

Signed: April 24, 2006

Graham C. Mullen
United States District Judge