UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 391-MU

| | |
|---|---|
| IN RE:<br><br>Joseph A. DiBruno, Sr.<br><br>Joseph A. DiBruno, Jr.<br><br>Nicholas DiBruno<br>Wendy DiBruno<br><br>Lela DiBruno<br><br><br>Debtors | Chapter 7<br><br>Bankruptcy Case Number 05-33007<br>Bankruptcy Case Number 05-33006<br>Bankruptcy Case Number 05-33005<br>Bankruptcy Case Number 05-33712<br>(Jointly Administered)<br><br><br>**ORDER AUTHORIZING TRUSTEE TO SELL PROPERTY AT PUBLIC AUCTION** |

This contested matter came on to be heard this day upon Motion of Langdon M. Cooper, Trustee, in which he seeks authority to sell certain property of this estate, that is, various personal property located at Advanced Bonded Warehouse, 299 I-85 South, Charlotte, NC 28208, (the "Property") free and clear of all liens, interests and encumbrances, to incur certain expenses and make certain disbursements, and good cause having been shown for the proposed procedure, and it appearing that notice of an opportunity for a hearing on any objections to the Trustee's motion was properly given by the Trustee and the shortened notice is explicitly approved by the Court, and the Court has considered the position of the Debtors, it is, therefore,

**ORDERED** that Langdon M. Cooper, Trustee, is authorized: (a) to sell the Property at public auction at a time and location of the Trustee's selection after public advertising; and (b) to incur and pay all expenses as outlined in his motion, including the cost of storage owed to Advanced Bonded Warehouse and the cost of such law enforcement personnel as he desires, and to disburse these sums from the sales proceeds; and (c) to provide the court with a report and accounting of the sale.

Signed: April 24, 2006

Graham C. Mullen
United States District Judge