# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division
### Case No. 3:05 CV 391-MU

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
| | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| Nicholas DiBruno | Jointly Administered |
| Wendy DiBruno | |
| Lela DiBruno | |
| **Debtors** | |

## ORDER SHORTENING NOTICE

**THIS MATTER** comes before the Court upon the Motion of Langdon M. Cooper, Trustee for the above referenced Debtors, for the entry of an Order Shortening Notice of his Motion for Authorization and Confirmation of Private Sale of Property, and Transfer of Liens to Proceeds and the Court. Having reviewed the pleadings and the Court's file and for good cause shown, this motion is **GRANTED.**

**IT IS THEREFORE ORDERED**:

1. That the time period for Notice as prescribed by law is hereby reduced to twelve (12) calendar days, inclusive of the requirement for an additional three (3) days if Notice is served by U. S. Mail.

2. That 4:30 p.m., 4 June 2006 is the deadline for filing, serving and delivering to the Trustee any responses to the Trustee's Motion.

Signed: May 24, 2006

Graham C. Mullen
United States District Judge