UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 391-MU

| In re: | Chapter 7 |
|---|---|
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
| | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| | Bankruptcy Case Number 05-33712 |
| Nicholas DiBruno | |
| Wendy DiBruno | Jointly Administered |
| Lela DiBruno | |
| Debtors | |

## ORDER CONFIRMING PUBLIC SALE OF PROPERTY

**THIS MATTER** comes before the Court upon Motion of Langdon M. Cooper, Trustee, for authority to sell certain property in these estates, and to incur certain expense and make certain disbursements, and upon the subsequent Report of Public Sale and Motion for Confirmation thereof. This Court, after Notice and a Hearing having previously authorized the sale and the proposed disbursements, and it appearing that the public sale was conducted as provided in the Trustee's Motion and the Notice mailed to the Creditors of these estates and all other applicable parties in interest, and no adverse interest now appearing, objecting or being represented, it is, therefore,

**ORDERED**, that the public sale of certain personal property of the Debtors previously seized by the Trustee and located at Advanced Bonded Warehouse and defined as "Property" in the sale motion which appears at docket no. 134 for a gross total of $14,510.00 be, and it is hereby confirmed; it is further

**ORDERED**, that the payment by the Trustee of the following specific expenses is hereby ratified and confirmed:

| | |
|---|---:|
| Alan Fisher Auction & Appraisals, Inc. | |
|     15% Commission | $2,176.50 |
|     Advertising & Set Up | 1,200.00 |
|     Security | 200.00 |
| **TOTAL FEES AND EXPENSES** | **$3,576.50** |

Signed: June 13, 2006

*Graham C. Mullen*
Graham C. Mullen
United States District Judge