# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Case No. 3:05 CV 391-MU

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
| | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| | Bankruptcy Case Number 05-33712 |
| Nicholas DiBruno | |
| Wendy DiBruno | Jointly Administered |
| Lela DiBruno | |
| **Debtors** | |

## ORDER

**THIS MATTER** comes before the Court on Motion of Kenneth D. Aronoff to Reconsider Order Denying Motion to Extend Time by Which Creditor May File Complaint Objecting to Dischargeability of Debt and Objecting to Discharge of the Debtors to September 29, 2006. Though the Court still believes this motion to be unnecessary, Movant has expressed potentially valid concerns, and neither the Debtors nor the Trustee object to a reconsideration. Therefore, this motion is **GRANTED**. Movant's time to object to dischargeability of debt or the discharge of any debtor is extended to September 29, 2006.

**IT IS SO ORDERED.**

Signed: June 15, 2006

Graham C. Mullen
United States District Judge