**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
Charlotte Division
Case No. 3:05 CV 391-MU

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
| | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| | Bankruptcy Case Number 05-33712 |
| Nicholas DiBruno | |
| Wendy DiBruno | Jointly Administered |
| Lela DiBruno | |
| **Debtors** | |

## ORDER DENYING MOTION and NOTICE OF JOSEPH A. DIBRUNO, JR. and LELA DIBRUNO OBJECTING TO THIS COURT'S ORDER DENYING THE OBJECTION OF RACHEL BEAN TO THE TRUSTEE'S PROPOSED SALE OF PERSONAL PROPERTY

After Notice and a Hearing, as that term is defined in the Bankruptcy Code, and upon Motion and Notice of Joseph A. DiBruno, Jr. and Lela DiBruno (docket no. 148) and the Response thereto filed on 2 June 2006 by Langdon M. Cooper, Trustee, and after reviewing these pleadings and the case record, the Court has determined that Motion and Notice of Joseph A. DiBruno, Jr. and Lela DiBruno should be denied; it is, therefore,

**ORDERED** that Motion to "Modify/Notice of Objection to Order Denying Objection of Rachel Bean to Sale of Property," which is docket no. 148, is DENIED.

Signed: June 28, 2006

Graham C. Mullen
United States District Judge