UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 391-MU

| In re: | Chapter 7 |
|---|---|
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
|  | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
|  | Bankruptcy Case Number 05-33712 |
| Nicholas DiBruno |  |
| Wendy DiBruno | Jointly Administered |
|  |  |
| Lela DiBruno |  |
|  |  |
| **Debtors** |  |

## ORDER DENYING MOTIONS and NOTICES OF JOSEPH A. DIBRUNO, SR. TO ORDER SUSTAINING THE TRUSTEE'S OBJECTIONS TO THE EXEMPTION CLAIMS and DETERMINING WHAT EXEMPTIONS ARE ALLOWED/SUPPLEMENTAL ORDER

After Notice and a Hearing, as that term is defined in the Bankruptcy Code, and upon two Motions and Notices of Joseph A. DiBruno, Sr. (docket no. 150 and docket 159) and the Response thereto filed on 2 June 2006 by Langdon M. Cooper, Trustee, and after reviewing these pleadings and the case record, the Court has determined that Motions and Notices of Joseph A. DiBruno, Sr. should be denied; it is, therefore,

**ORDERED** that "Motion to Modify/Notice of Objection of Pro Se Debtor Joseph A. DiBruno, Sr. to Order Sustaining the Trustee's Objections to the Exemption Claims and Determining what Exemptions are Allowed/Supplemental Order" which is docket no. 150, is **DENIED**; it is further

**ORDERED** that "Motion to Modify/Notice of Objection of Pro Se Debtor Joseph A. DiBruno, Sr. to Supplemental Order Re: Certain Objections and Obligations of the Debtors and Other Matters" which is docket no. 159, is **DENIED**

Signed: June 29, 2006

Graham C. Mullen
United States District Judge