**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**Charlotte Division**
**Case No. 3:05 CV 391-MU**

| | |
|---|---|
| **In re:** | **Chapter 7** |
| | |
| **Joseph A. DiBruno, Sr.** | **Bankruptcy Case Number 05-33007** |
| | **Bankruptcy Case Number 05-33006** |
| **Joseph A. DiBruno, Jr.** | **Bankruptcy Case Number 05-33005** |
| | **Bankruptcy Case Number 05-33712** |
| **Nicholas DiBruno** | |
| **Wendy DiBruno** | **Jointly Administered** |
| | |
| **Lela DiBruno** | |
| | |
| **Debtors** | |

**ORDER AUTHORIZING TRUSTEE TO**
**SELL ESTATES' INTERESTS IN HOUSEHOLD GOODS and CERTAIN**
**COMPUTER EQUIPMENT**


That matter came on to be heard upon Motion of the Trustee for authorization to sell the bankruptcy estates' interest in certain household goods and computer equipment as set out in the Trustee's Motion and the Court concludes that it is in the best interest of these estates and its creditors to grant the Trustee's Motion; it is, therefore

**ORDERED**, that the Trustee sell the Nicholas and Wendy DiBruno bankruptcy estate's interest in the household goods of Nicholas and Wendy DiBruno for $500 to Nicholas and Wendy DiBruno; to sell the Joseph A. DiBruno, Sr.'s bankruptcy estate's interest in the household goods of Joseph A. DiBruno, Sr. for $500 to Joseph A. DiBruno, Sr. and to sell the Dell XPS Tower and Sony fold-up computer removed from the residence of Joseph A. DiBruno, Sr. to the Debtor, Joseph A. DiBruno, Sr. for $500; it is further

**ORDERED**, that the Trustee shall withhold the sum of $1,500 from the $10,000 homestead exemption of Lela L. DiBruno that the Trustee had planned to pay Lela L. DiBruno upon the closing of the sale of the residence at 107 Westwood Drive, Belmont, NC, which this Court previously authorized, and the Trustee shall instead disburse to Lela L. DiBruno the sum of $8,500 after the sale of the residence is closed and as the full balance of the homestead exemption of Lela DiBruno.

Signed: July 12, 2006

Graham C. Mullen
United States District Judge