**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
Charlotte Division
Case No. 3:05 CV 391-MU

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
| | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| | Bankruptcy Case Number 05-33712 |
| Nicholas DiBruno | |
| Wendy DiBruno | Jointly Administered |
| Lela DiBruno | |
| Debtors | |

## CONSENT ORDER DENYING DISCHARGE OF
## JOSEPH A. DIBRUNO, SR.

This matter came before the Court by and with the consent of the Trustee, the Debtor and counsel for the Debtor, and it appears to the Court that the Debtor by signing this Order stipulates and consents that the Court may deny his discharge under Section 727 of the United States Bankruptcy Code, and he specifically waives all findings of fact in regard thereto; the Court therefore concludes that it is in the best interest of this estate and its creditors that the discharge of this Debtor be denied; it is, therefore

**ORDERED** that the discharge of Joseph A. DiBruno, Sr., under Section 727 of Title 11, United States Code (the Bankruptcy Code) is denied; and Joseph A. DiBruno, Sr. shall continue to be liable for all of his pre-petition and post-petition debts and other liabilities.

Signed: July 18, 2006

_____
Graham C. Mullen
United States District Judge

To the foregoing the undersigned consent:

*/s/ Joseph A. DiBruno, Sr.*
_____
Joseph A. DiBruno, Sr.

| | |
|---|---|
| */s/ Theodore W. Herzog* | */s/ Langdon M. Cooper* |
| _____ | _____ |
| Theodore W. Herzog | Langdon M. Cooper |
| Florida Bar No. 151456 | NC Bar No. 0936 |
| Attorney for Debtors | Trustee and Attorney for Trustee |