# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## Charlotte Division
## Case No. 3:05 CV 391-MU

| In re: | Chapter 7 |
|---|---|
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
| | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| | Bankruptcy Case Number 05-33712 |
| Nicholas DiBruno | |
| Wendy DiBruno | Jointly Administered |
| Lela DiBruno | |
| **Debtors** | |

## CONSENT ORDER DENYING DISCHARGE OF
## LELA DIBRUNO

This matter came before the Court by and with the consent of the Trustee, the Debtor and counsel for the Debtor, and it appears to the Court that the Debtor by signing this Order stipulates and consents that the Court may deny her discharge under Section 727 of the United States Bankruptcy Code, and she specifically waives all findings of fact in regard thereto; the Court therefore concludes that it is in the best interest of this estate and its creditors that the discharge of this Debtor be denied; it is, therefore

**ORDERED** that the discharge of Lela DiBruno, under Section 727 of Title 11, United States Code (the Bankruptcy Code) is denied; and Lela DiBruno shall continue to be liable for all of her pre-petition and post-petition debts and other liabilities.

Signed: July 23, 2006

Graham C. Mullen
United States District Judge

To the foregoing the undersigned consent:

/s/ Lela DiBruno
_____
Lela DiBruno


/s/ Theodore W. Herzog                                    /s/ Langdon M. Cooper
_____     _____
Theodore W. Herzog                                        Langdon M. Cooper
Florida Bar No. 151456                                    NC Bar No. 0936
Attorney for Debtors                                      Trustee and Attorney for Trustee