# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division
### Case No. 3:05 CV 391-MU

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
| | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| | Bankruptcy Case Number 05-33712 |
| Nicholas DiBruno | |
| Wendy DiBruno | Jointly Administered |
| Lela DiBruno | |
| **Debtors** | |

## CONSENT ORDER DENYING DISCHARGE OF
## NICHOLAS AND WENDY DIBRUNO

This matter came before the Court by and with the consent of the Trustee, the Debtors and counsel for the Debtors, and it appears to the Court that the Debtors by signing this Order stipulate and consent that the Court may deny their discharge under Section 727 of the United States Bankruptcy Code, and they specifically waive all findings of fact in regard thereto; the Court therefore concludes that it is in the best interest of this estate and its creditors that the discharge of these Debtors be denied; it is, therefore

**ORDERED** that the discharge of Nicholas and Wendy DiBruno under Section 727 of Title 11, United States Code (the Bankruptcy Code) is denied; and Nicholas and Wendy DiBruno shall continue to be liable for all of their pre-petition and post-petition debts and other liabilities.

Signed: July 23, 2006

_____
Graham C. Mullen
United States District Judge

To the foregoing the undersigned consent:

*/s/ Nicholas DiBruno*
_____
Nicholas DiBruno

*/s/ Wendy DiBruno*
_____
Wendy DiBruno

*/s/ Theodore W. Herzog*
_____
Theodore W. Herzog
Florida Bar No. 151456
Attorney for Debtors

*/s/ Langdon M. Cooper*
_____
Langdon M. Cooper
NC Bar No. 0936
Trustee and Attorney for Trustee