UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 391-MU

| In re: | Chapter 7 |
|---|---|
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
|  | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
|  | Bankruptcy Case Number 05-33712 |
| Nicholas DiBruno |  |
| Wendy DiBruno | Jointly Administered |
| Lela DiBruno |  |
| Debtors |  |

## ORDER AUTHORIZING TRUSTEE TO
## ABANDON INTERESTS IN CERTAIN REAL ESTATE

**THIS MATTER** comes before the Court on motion of the Trustee for authorization to abandon certain real estate which is of inconsequential value and benefit to the bankruptcy estate. For good cause shown, this motion is **GRANTED**. The Trustee is hereby authorized to abandon any interest in the Real Property located at 184 Reese Wilson Road, Belmont, North Carolina.

**IT IS SO ORDERED.**

Signed: August 3, 2006

Graham C. Mullen
United States District Judge