UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:05 CV 391-MU

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph A. DiBruno, Sr. | Bankr. Case Number 05-33007 |
| | Bankr. Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankr. Case Number 05-33005 |
| | Bankr. Case Number 05-33712 |
| Nicholas DiBruno | |
| Wendy DiBruno | Jointly Administered |
| Lela DiBruno | |
| **Debtors** | |

## ORDER DENYING RESPONSE AND REQUEST FOR HEARING OF JOSEPH A. DIBRUNO, SR.

This cause coming on to be heard and being heard upon a Response and Request for Hearing of Joseph A. DiBruno, Sr. (docket no. 202), and the Court has carefully reviewed the Response and its exhibits, which together appear to be essentially an objection to the recent fee applications filed by the Trustee and his professionals; and the Court concludes that Mr. DiBruno's Response and Request is utterly without merit and nothing but a part of his continuing diatribe against the Trustee, his professionals and this Court; and the Court has also reviewed the fee applications of the Trustee and his professionals and it is clear they have efficiently and properly invested an enormous amount of time and effort in these jointly administered bankruptcy cases resulting in the liquidation of tangible assets, the denial of the discharges of all the debtors and the furnishing of valuable assistance and information they have provided to the F.B.I. in the criminal investigation of the Debtors and their associates; it is, therefore

**ORDERED AND ADJUDGED** that the Response and Request for Hearing of Joseph A. DiBruno, Sr. (docket no. 202) is **DENIED.**

Signed: August 22, 2006

*Graham C. Mullen*
Graham C. Mullen
United States District Judge