UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 391-MU

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
| | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| | Bankruptcy Case Number 05-33712 |
| Nicholas DiBruno | |
| Wendy DiBruno | Jointly Administered |
| Lela DiBruno | |
| Debtors | |

## ORDER ALLOWING DISTRIBUTION OF INTERIM
## COMPENSATION AS TRUSTEE

This cause coming on to be heard and being heard upon due notice to all applicable parties pursuant to the United States Bankruptcy Code and the Local Rules of Practice of the United States Bankruptcy Code and the Local Rules of Practice of the United States Bankruptcy Court for the Western District of North Carolina.

**NOW**, upon the Application of Langdon M. Cooper ("Applicant") for interim compensation as Trustee of the above-referenced Debtors, as duly filed in this proceeding, in which the Applicant seeks payment of compensation for services rendered for the joint and several benefit of these four jointly administered cases;

**AND** upon consideration of the applicable law as set forth in a number of decisions of the United States Supreme Court and the Fourth Circuit Court of Appeals;

**AND** upon all proceedings had before the Court, after due notice and opportunity for hearing, and after consideration and denial of one frivolous response filed by one of the debtors, and after due deliberation thereon, it is

**ORDERED** that the sum of $17,700.00 is reasonable compensation owed the Trustee for services rendered to the Debtors' estates to date; and this amount is hereby allowed and the Trustee is hereby directed to make such payment from funds of any of the four estates.

Signed: August 24, 2006

*[signature]*

Graham C. Mullen
United States District Judge