UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 391-MU

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
| | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| | Bankruptcy Case Number 05-33712 |
| Nicholas DiBruno | |
| Wendy DiBruno | Jointly Administered |
| Lela DiBruno | |
| Debtors | |

## ORDER AUTHORIZING TRUSTEE TO PAY
## INVOICE OF ADVANCED BONDED WAREHOUSE

That matter came on to be heard upon Motion of the Trustee for authorization to pay Advanced Bonded Warehouse the amount it is due for storage costs; it is, therefore

**ORDERED**, that the Trustee disburse $9,000 to Advanced Bonded Warehouse for storage fees as full settlement for all sums due Advanced Bonded Warehouse.

Signed: September 5, 2006

Graham C. Mullen
United States District Judge