UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 391-MU

| In re: | Chapter 7 |
|---|---|
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
| | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| | Bankruptcy Case Number 05-33712 |
| Nicholas DiBruno | |
| Wendy DiBruno | Jointly Administered |
| Lela DiBruno | |
| Debtors | |

## ORDER AUTHORIZING TRUSTEE TO PAY
## INVOICE OF DOUGLAS R. HARRIS-JEWELERS

That matter came on to be heard upon Motion of the Trustee for authorization to pay Douglas R. Harris-Jewelers the amount he is due for appraisals on multiple pieces of jewelry owned by the Debtors; it is, therefore

**ORDERED**, that the Trustee disburse $625 to Douglas R. Harris-Jewelers for appraisals of multiple pieces of jewelry.

Signed: September 5, 2006

Graham C. Mullen
United States District Judge