UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 391-MU

| | |
|---|---|
| In re: | Chapter 7 |
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
| | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| | Bankruptcy Case Number 05-33712 |
| Nicholas DiBruno | |
| Wendy DiBruno | Jointly Administered |
| Lela DiBruno | |
| Debtors | |

## ORDER AUTHORIZING TRUSTEE TO PAY STALKING HORSE FEE

This matter came on to be heard this day after notice and a hearing, and upon the motion of the Trustee, by and through counsel, for authorization to pay $1,000 to Larry Dean Burwell as a stalking horse fee for his efforts in consummating a sale of a tract of real estate, and after considering and reviewing all pleadings and the record established before the Court, and taking note that no objections were filed, the Court concludes that it is in the best interest of this estate that this Motion be granted; it is, therefore,

**ORDERED**, that the Trustee is authorized to pay $1,000 to Larry Dean Burwell.

Signed: March 12, 2007

Graham C. Mullen
United States District Judge