UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 391-MU

| In re: | Chapter 7 |
|---|---|
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
|  | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
|  | Bankruptcy Case Number 05-33712 |
| Nicholas DiBruno |  |
| Wendy DiBruno | Jointly Administered |
|  |  |
| Lela DiBruno |  |
| Debtors |  |

## ORDER AUTHORIZING DISBURSEMENT
## OF REAL ESTATE SALE PROCEEDS

**THIS MATTER** comes before the Court upon Motion (docket no. 225) of Langdon M. Cooper, Trustee, in which he seeks authorization to make disbursements from the net sale proceeds, *i.e.,* 16,263.26, of the real estate sale (which was approved by the Court by Order entered on 12/7/06) as follows:

One-half of the net proceeds or $8,131.63 to Locke Holland and Cynthia Dimmette with the remaining $8,131.63 to be divided among Mullen Holland & Cooper, P.A., Langdon M. Cooper, Trustee and Joseph W. Grier to be applied to approved but unpaid fees as set out on the following table:

|  | **Partial Unpaid Approved Fees After March 2007 Distributions** | **Pro-Rata Allocation Of Available Balance May 2007** |
|---|---|---|
| Grier | 37,256.45 | **2,980.21** |
| LMC | 7,163.05 | **572.99** |
| MHC | 57,236.16 | **4,578.43** |
|  |  |  |
| TOTALS | $101,655.66 | **$8,131.63 (7.9992%)** |

and the Court concludes that it is in the best interest of this estate and that the Trustee's Motion be granted; it is, therefore

**ORDERED** that Langdon M. Cooper, Trustee is authorized to disburse the real estate sale proceeds in the amount of $16,263.26 as set out above.

Signed: May 24, 2007

Graham C. Mullen
United States District Judge