UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No. 3:05 CV 391-MU

| In re: | Chapter 7 |
|---|---|
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
| | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| | Bankruptcy Case Number 05-33712 |
| Nicholas DiBruno | |
| Wendy DiBruno | Jointly Administered |
| Lela DiBruno | |
| Debtors | |

## ORDER APPROVING FINAL REPORT AND ACCOUNTING OF TRUSTEE, GRANTING REQUESTS AND APPLICATIONS OF TRUSTEE AND HIS PROFESSIONALS, and AUTHORIZING DISBURSEMENT OF FUNDS OF THE ESTATE

Langdon M. Cooper, the Trustee herein, having heretofore filed in this matter his Final Report and Accounting and his Application to Disburse Funds of the Estate, and no objections thereto having been filed after due notice to creditors as required by law, and it appearing from examination of the Final Report and Accounting of the Trustee that the Final Report and Accounting is correct, and it further appearing therefrom that the same should be allowed, approved and confirmed, and all Applications and Motions should be granted; it is therefore,

**ORDERED** that all the Trustee's commissions and reimbursement of Trustee expenses in this case, and all applications therefor, including any prior interim applications and payments thereunder, are approved, ratified and confirmed, and payment is directed, in the aggregate amounts shown in the documents attached as Exhibit "A"; and it is

**FURTHER ORDERED** that all fees and expenses in this case, and all applications therefor, of Mullen Holland & Cooper P.A., and Grier Furr & Crisp, P.A., attorneys for the Trustee, including any prior interim applications and payments thereunder, are approved, ratified and confirmed, and payment is directed, in the aggregate amounts shown in the documents attached as Exhibit "A"; and it is

**FURTHER ORDERED** that the Trustee has now administered all of the assets of these estates presently known to the Trustee; the time for filing claims has expired; and these estates are ready to be closed. To the extent warranted the Trustee has examined the claims filed in the cases, but since no funds are available for payment of any dividends on priority or general unsecured claims, the Trustee has not examined these claims in detail. The cases have been administratively consolidated, and at this time the Court will not consolidate the estates substantively as there is no distribution on priority and general unsecured claims. The Trustee has only been able to pay a limited portion of the administrative, secured and super-priority claims. The discharges of all Debtors were previously denied. The male Debtors have been convicted and sentenced to prison terms by the United States District Court for the Western District of North Carolina. However, only a *de minimis* portion of the stolen funds was recovered. In closing these estates the Court explicitly does NOT abandon unadministered assets, and should the stolen funds ever be recovered they remain subject to the jurisdiction of this Court and these cases would then be re-opened to permit the distribution of any recovered funds to creditors; and it is

**FURTHER ORDERED** that the Trustee's accounting shown on the attached Form 2 contained in Exhibit "A" is approved as complete and correct; and it is

**FURTHER ORDERED** that the Trustee's Final Report and Accounting is in all respects allowed, approved and confirmed, the Trustee is discharged and released from any liability to any governmental or other entity for any claims, including any levies, taxes, penalties or interest; and it is

**FURTHER ORDERED** that the funds aggregating $11,588.83, which certain creditors of the Debtors seized pre-petition under a state court garnishment from three allegedly custodial accounts maintained in the name of Lela DiBruno, one of the Debtors, are clearly property of the Debtors' estates under 11 U.S.C. §541 because of the obvious and extensive comingling of one or more of the Debtors' funds in these accounts, all of which is detailed in the Exhibit "B" attached to the Trustee's Final Report; and it is

**FURTHER ORDERED** that the Trustee is authorized to convey to Grumpy's Custom Motorcycles, or its assignee, the title to one partially complete custom motorcycle in exchange for Grumpy's cancellation of the approximate $9,000 charge for work on the bike and storage and full release by Grumpy of these estates and the Trustee; and it is

**FURTHER ORDERED** that the Trustee is authorized and directed to make all disbursements shown on the documents in the attached Exhibit "A"; and it is

**FURTHER ORDERED** that upon distribution of the funds of the estate as herein provided and the expiration of that period as set forth in 11 U.S.C. Section 347, the Trustee shall promptly file his report pursuant to Bankruptcy Rule 3011 and proceed to close the administration of the estate.

Dated: December 31, 2008.

/s/ Graham C. Mullen
Graham C. Mullen
U.S. District Court Judge

# EXHIBIT A

## Exhibit A, page 1

Receipts (Summary from form 2 check register)

| | | |
|---|---|---|
| 1. | Cash seized by Court Order | 30,000.00 |
| 2. | Sale of personal property (household goods) | 10,983.50 |
| 3. | Sale of real property<br>$ 3,097.41<br>221,323.90<br>22,000.00 | 246,421.31 |
| 4. | Sale of personal property (jewelry) | 6,751.93 |
| 5. | Interest | 1,412.16 |
| 6. | Cash from garnished SunTrust accounts, allegedly custodian | <u>11,588.83</u> |
| | | <u>$307,157.73</u> |

## Exhibit A, Page 2

Disbursements — Summary from Form 2 check register

Exemptions
    Lela DiBruno - $6,500                                                 $6,500.00

Secured Claims
    Eastwood Center, LLC -   $17,500.00
    KeyBank USA, N.A. -      12,000.00
    George & Peggy Hall -     4,614.77                 34,114.77

Super-priority loan of Holland & Dimette
        $22,500.00
        93,209.45
        8,131.63                                     123,841.08

Administrative

| | | |
|---|---|---:|
| 1. | Maintenance realty | 100.00 |
| 2. | Transcript | 163.50 |
| 3. | Advanced Bonded Warehouse | 9,000.00 |
| 4. | Appraisals | 625.00 |
| 5. | Realty Closing Costs | 1,121.97 |
| 6. | Grier Furr & Crisp, Trustee's Special Counsel<br>$9,538.08<br>2,980.21 | 12,518.29 |
| 7. | LMC, Trustee<br>$11,786.95<br>572.99 | 12,359.94 |
| 8. | Mullen Holland & Cooper P.A.<br>$79,384.42<br>4,578.43 | <u>83,962.85</u> |

                                                                           <u>$284,307.40</u>

## Exhibit A, page 3

| | | |
|---|---|---|
| Total Receipts | | $307,157.73 |
| Total Disbursements to date | | 284,307.40 |
| Balance on hand (11-26-08) | | $22,850.33 |

**Proposed Final Disbursements**

| | | |
|---|---|---|
| 1. | Cindy Dimette – payment on superpriority claim | 11,425.17 |
| 2. | Grier Furr & Crisp (29.3%) | 3,347.57 |
| 3. | Langdon M. Cooper, Trustee (4.4%) | 502.71 |
| 4. | Mullen Holland & Cooper P.A. (66.3%) | 7,574.88 |
| | | $22,850.33 |

## SUMMARY OF TOTAL DISBURSEMENTS
(including any amounts previously disbursed)

| | | |
|---|---|---:|
| A. | Administrative Claims | $131,276.71 |
| C. | Priority Claims other than claims of Administration | $135,266.25 |
| C. | Secured Claims | $34,114.77 |
| D. | Unsecured Claims | $-0- |
| E. | Dividend to Equity Security Holders | $-0- |
| | TOTAL DISBURSEMENTS | $300,657.73 |

## MISCELLANEOUS DISBURSEMENTS
[including any disbursements that are not to be included in computing Trustee's commission per 11 U.S.C. Sec. 327(a)]

A. Lela DiBruno for net exemption ------------------------- $6,500.00

B.

| | |
|---|---:|
| TOTAL MISCELLANEOUS DISBURSEMENTS | $6,500.00 |

## RECONCILIATION OF RECEIPTS AND DISBURSEMENTS
(If the combined total of disbursements and miscellaneous disbursements above does <u>not</u> equal the total receipts, explain in detail below.)

Combined total of disbursements above equals the total of receipts in this estate.

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Case No: | 05-33007 -JCW | | Trustee Name: | LANGDON COOPER | | | |
| Case Name: | DIBRUNO SR., JOSEPH A. | | Bank Name: | BANK OF AMERICA | | | |
| Taxpayer ID No: | *******7487 | | Account Number / CD #: | ******6592 MONEY MARKET ACCOUNT | | | |
| For Period Ending: | 12/18/08 | | Blanket Bond (per case limit): $ 2,250,000.00 | | | | |
| | | | Separate Bond (if applicable): | | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 05/09/05 | 19 | Mullen Holland & Cooper P.A. Trust Account | Cash recovered from Joe Jr. | 30,000.00 | | | | | 30,000.00 |
| 05/31/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 16.29 | | | | 30,016.29 |
| 06/02/06 | | Transfer to Acct #*******6712 | Bank Funds Transfer | | | | | -100.00 | 29,916.29 |
| 06/07/05 | | Transfer to Acct #*******6712 | Bank Funds Transfer | | | | | -163.50 | 29,752.79 |
| 06/16/06 | 20 | Alan Fisher Auction & Appraisal | Auction Sale Proceeds Lela, Sr., Jr., Nick | 10,983.50 | | | | | 40,736.29 |
| 06/16/06 | | Transfer to Acct #*******6712 | Bank Funds Transfer | | | | | -22,500.00 | 18,236.29 |
| 06/30/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 18.23 | | | | 18,254.52 |
| 07/24/06 | | Robert T. Sumner, P.A. Trust Account | Sale Proceeds - Real Property-Lela | 3,097.41 | | | | | 21,351.93 |
| 07/24/06 | | Robert T. Sumner, P.A. Trust Account | Sale Proceeds - Real Property-Lela | 221,323.90 | | | | | 242,675.83 |
| 07/24/06 | | Transfer to Acct #*******6712 | Bank Funds Transfer | | | | | -17,500.00 | 225,175.83 |
| 07/31/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 42.04 | | | | 225,217.87 |
| 08/03/06 | | Transfer to Acct #*******6712 | Bank Funds Transfer | | | | | -6,500.00 | 218,717.87 |
| 08/31/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 186.12 | | | | 218,903.99 |
| 09/05/06 | | Transfer to Acct #*******6712 | Bank Funds Transfer | | | | | -9,625.00 | 209,278.99 |
| 09/29/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 173.06 | | | | 209,452.05 |
| 10/31/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 177.89 | | | | 209,629.94 |
| 11/30/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 172.30 | | | | 209,802.24 |
| 12/29/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 178.18 | | | | 209,980.42 |
| 01/19/07 | | Transfer to Acct #*******6712 | Bank Funds Transfer | | | | | -12,000.00 | 197,980.42 |
| 01/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 173.74 | | | | 198,154.16 |
| 02/08/07 | | Transfer to Acct #*******6712 | Bank Funds Transfer | | | | | -20.00 | 198,134.16 |
| 02/20/07 | | Matthew B. Smith | Sale Proceeds - Real Property Jr., Nick. Lela | 22,000.00 | | | | | 220,134.16 |
| 02/20/07 | | Transfer to Acct #*******6712 | Bank Funds Transfer | | | | | -44.00 | 220,090.16 |
| 02/28/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 155.49 | | | | 220,245.65 |
| 03/01/07 | | Transfer to Acct #*******6712 | Bank Funds Transfer | | | | | -4,614.77 | 215,630.88 |

Page: 1

Ver: 14.11

LFORM2XT

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 05-33007 -JCW | | Trustee Name: | LANGDON COOPER |
| Case Name: | DIBRUNO SR., JOSEPH A. | | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | *******7487 | | Account Number / CD #: | ******6592 MONEY MARKET ACCOUNT |
| For Period Ending: | 12/18/08 | | Blanket Bond (per case limit): | $ 2,250,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 03/05/07 | | Transfer to Acct #******6712 | Bank Funds Transfer | | | | | -193,918.90 | 21,711.98 |
| 03/08/07 | | Transfer to Acct #******6712 | Bank Funds Transfer | | | | | -57.97 | 21,654.01 |
| 03/12/07 | | Transfer to Acct #******6712 | Bank Funds Transfer | | | | | -1,000.00 | 20,654.01 |
| 03/30/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 44.41 | | | | 20,698.42 |
| 04/30/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 17.02 | | | | 20,715.44 |
| 05/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 17.59 | | | | 20,733.03 |
| 06/05/07 | | Transfer to Acct #******6712 | Bank Funds Transfer | | | | | -16,263.26 | 4,469.77 |
| 06/29/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 5.90 | | | | 4,475.67 |
| 07/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 3.80 | | | | 4,479.47 |
| 08/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 3.80 | | | | 4,483.27 |
| 09/28/07 | 1 | BANK OF AMERICA | Interest Rate 0.750 | | 2.85 | | | | 4,486.12 |
| 10/31/07 | 1 | BANK OF AMERICA | Interest Rate 0.750 | | 2.86 | | | | 4,488.98 |
| 11/30/07 | 1 | BANK OF AMERICA | Interest Rate 0.650 | | 2.40 | | | | 4,491.38 |
| 12/31/07 | 1 | BANK OF AMERICA | Interest Rate 0.500 | | 2.15 | | | | 4,493.53 |
| 01/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.400 | | 1.78 | | | | 4,495.31 |
| 02/27/08 | | Douglas R. Harris Jeweler, Inc. | Sale Proceeds - Jewelry | 2,000.00 | | | | | 6,495.31 |
| 02/29/08 | 1 | BANK OF AMERICA | Interest Rate 0.300 | | 1.07 | | | | 6,496.38 |
| 03/04/08 | | Douglas R. Harris Jeweler, Inc. | Sale Proceeds - Jewelry | 2,000.00 | | | | | 8,496.38 |
| 03/18/08 | | Douglas R. Harris Jeweler, Inc. | Sale Proceeds - Jewelry | 2,751.93 | | | | | 11,248.31 |
| 03/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.250 | | 1.96 | | | | 11,250.27 |
| 04/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.250 | | 2.31 | | | | 11,252.58 |
| 05/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.150 | | 1.42 | | | | 11,254.00 |
| 06/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.150 | | 1.39 | | | | 11,255.39 |
| 07/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.150 | | 1.43 | | | | 11,256.82 |
| 08/29/08 | 1 | BANK OF AMERICA | Interest Rate 0.150 | | 1.43 | | | | 11,258.25 |
| 09/30/08 | 1 | BANK OF AMERICA | Interest Rate 0.150 | | 1.39 | | | | 11,259.64 |
| 10/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.100 | | 1.09 | | | | 11,260.73 |
| 11/26/08 | 1 | BANK OF AMERICA | INTEREST RECD FROM BANK | | 0.77 | | | | 11,261.50 |
| 11/26/08 | | Transfer to Acct #******6712 | Final Posting Transfer | | | | | -11,261.50 | 0.00 |

LFORM2XT                                    Ver: 14.11

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 05-33007 -JCW
Case Name: DIBRUNO SR., JOSEPH A.
Taxpayer ID No: \*\*\*\*\*\*\*7487
For Period Ending: 12/18/08

Trustee Name: LANGDON COOPER
Bank Name: BANK OF AMERICA
Account Number / CD #: \*\*\*\*\*\*\*6592   MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $ 2,250,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

Account \*\*\*\*\*\*\*6592

|   | | | |
|---|---|---|---|
| | Balance Forward | 0.00 | |
| 8 | Deposits | 294,156.74 | 0 Checks | 0.00 |
| 31 | Interest Postings | 1,412.16 | 0 Adjustments Out | 0.00 |
| | Subtotal | $ 295,568.90 | 15 Transfers Out | 295,568.90 |
| 0 | Adjustments In | 0.00 | Total | $ 295,568.90 |
| 0 | Transfers In | 0.00 | | |
| | Total | $ 295,568.90 | | |

LFORM2XT                                                                                         Ver: 14.11

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 05-33007 -JCW | Trustee Name: | LANGDON COOPER |
| --- | --- | --- | --- |
| Case Name: | DIBRUNO SR., JOSEPH A. | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | \*\*\*\*\*\*\*7487 | Account Number / CD #: | \*\*\*\*\*\*\*6712 CHECKING ACCOUNT |
| For Period Ending: | 12/18/08 | Blanket Bond (per case limit): | $ 2,250,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 06/02/06 | | Transfer from Acct #\*\*\*\*\*\*\*6592 | Bank Funds Transfer | | | | | 100.00 | 100.00 |
| 06/02/06 | 001001 | Lyn M. Frye<br>Coldwell Banker | Reimbursement for grass cutting | | | 100.00 | | | 0.00 |
| 06/07/06 | | Transfer from Acct #\*\*\*\*\*\*\*6592 | Bank Funds Transfer | | | | | 163.50 | 163.50 |
| 06/07/06 | 001002 | National Depo<br>PO Box 404743<br>Atlanta, GA 30384-4743 | Invoice # NC10532 - Transcript Copy | | | 163.50 | | | 0.00 |
| 06/16/06 | | Transfer from Acct #\*\*\*\*\*\*\*6592 | Bank Funds Transfer | | | | | 22,500.00 | 22,500.00 |
| 06/16/06 | 001003 | Locke Holland and Cynthia Dimmette | Payment pursuant to Order of 10/17/05 (75% of $30,000) | | | 22,500.00 | | | 0.00 |
| 07/24/06 | | Transfer from Acct #\*\*\*\*\*\*\*6592 | Bank Funds Transfer | | | | | 17,500.00 | 17,500.00 |
| 07/24/06 | 001004 | Eastwood Center, LLC<br>c/o Kenneth B. Oettinger, Jr.<br>Womble Carlyle Sandridge & Rice<br>301 S. College St., Ste. 3500<br>Charlotte, NC 28202 | Purchase of Judgment<br>Judgment Book 123, Page 203, Gaston County, NC<br>per Order of 6/13/06 | | | 17,500.00 | | | 0.00 |
| 08/03/06 | | Transfer from Acct #\*\*\*\*\*\*\*6592 | Bank Funds Transfer | | | | | 6,500.00 | 6,500.00 |
| 08/03/06 | 001005 | Lela DiBruno<br>103 Poplar Street<br>Belmont, NC 28012 | $10,000 homestead exemption less $500 for Trustee's remaining interest in Nick's hhg less $500 for trustee's remaining interest in Joe Sr's hhg, less $500 for the two computers removed from Joe Sr's house (the Sony PCV W20 and the Dell XPS) and less another $2,000 for the Trustee's interest in the golf cart at Nick's house all as authorized by debtors' counsel, Ted Herzog | | | 6,500.00 | | | 0.00 |
| 09/05/06 | | Transfer from Acct #\*\*\*\*\*\*\*6592 | Bank Funds Transfer | | | | | 9,625.00 | 9,625.00 |
| 09/05/06 | 001006 | Advanced Bonded Warehouse | Full settlement of all sums due per Order of 9/5/06 | | | 9,000.00 | | | 625.00 |
| 09/05/06 | 001007 | Douglas R. Harris-Jewelers | Payment of Invoice No. 12881 per Order of 9/5/06 | | | 625.00 | | | 0.00 |
| 01/18/07 | | Transfer from Acct #\*\*\*\*\*\*\*6592 | Bank Funds Transfer | | | | | 12,000.00 | 12,000.00 |
| 01/18/07 | 001008 | KeyBank USA, N.A.<br>c/o Scott Tyler | Full Settlement of all claims and cancellation of judgment per | | | 12,000.00 | | | 0.00 |

Ver: 14.11

LFORMXT

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

| Case No: | 05-33007-JCW | Trustee Name: | LANGDON COOPER |
| Case Name: | DIBRUNO SR., JOSEPH A. | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | *******7487 | Account Number / CD #: | ******6712 CHECKING ACCOUNT |
| For Period Ending: | 12/18/08 | Blanket Bond (per case limit): | $ 2,250,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | Moore & Van Allen PLLC 100 N. Tryon St., Ste. 4700 Charlotte, NC 28202-4003 | Order of 1/18/07 | | | | | | |
| 02/08/07 | | Transfer from Acct #*******6592 | Bank Funds Transfer | | | | | 20.00 | 20.00 |
| 02/08/07 | 001009 | Gaston County Register of Deeds | Recording Fee | | | 20.00 | | | 0.00 |
| 02/20/07 | | Transfer from Acct #*******6592 | Bank Funds Transfer | | | | | 44.00 | 44.00 |
| 02/20/07 | 001010 | Gaston County Register of Deeds | Revenue Stamps Deed from Trustee to M. Brent Smith | | | 44.00 | | | 0.00 |
| 03/01/07 | | Transfer from Acct #*******6592 | Bank Funds Transfer | | | | | 4,614.77 | 4,614.77 |
| 03/01/07 | 001011 | George Q. Hall and Peggy S. Hall | Payment in full of equitable mortgage per Order of 12-7-06. | | | 4,614.77 | | | 0.00 |
| 03/06/07 | | Transfer from Acct #*******6592 | Bank Funds Transfer | | | | | 193,918.90 | 193,918.90 |
| 03/06/07 | 001012 | Locke Holland and Cynthia Dimmette | Distribution per Order of 2/28/07 | | | 93,209.45 | | | 100,709.45 |
| 03/06/07 | 001013 | Grier Furr & Crisp, P.A. | Partial distribution of previously approved fees and costs per Order of 2/28/07 | | | 9,538.08 | | | 91,171.37 |
| 03/06/07 | 001014 | Langdon M. Cooper, Trustee | Partial distribution of previously approved fees and costs per Order of 2/28/07 | | | 11,786.95 | | | 79,384.42 |
| 03/06/07 | 001015 | Mullen Holland & Cooper P.A. | Partial distribution of previously approved fees and costs per Order of 2/28/07 | | | 79,384.42 | | | 0.00 |
| 03/08/07 | | Transfer from Acct #*******6592 | Bank Funds Transfer | | | | | 57.97 | 57.97 |
| 03/08/07 | 001016 | M. Brent Smith | Seller's Share of 2007 ad valorem taxes per Order of 12/7/06. | | | 57.97 | | | 0.00 |
| 03/12/07 | | Transfer from Acct #*******6592 | Bank Funds Transfer | | | | | 1,000.00 | 1,000.00 |
| 03/12/07 | 001017 | Larry Dean Burwell | Stalking Horse Fee per Order of 3/12/07. | | | 1,000.00 | | | 0.00 |
| 06/06/07 | | Transfer from Acct #*******6592 | Bank Funds Transfer | | | | | 16,263.26 | 16,263.26 |
| 06/06/07 | 001018 | Locke Holland and Cynthia Dimmette c/o Gary J. Welch | One-half of net real estate sale proceeds per Order of 5/24/07 | | | 8,131.63 | | | 8,131.63 |

LFORMXT

Ver. 14.11

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Page: 6

| Case No: | 05-33007-JCW | Trustee Name: | LANGDON COOPER |
|---|---|---|---|
| Case Name: | DIBRUNO SR., JOSEPH A. | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | ******7487 | Account Number / CD #: | ******6712 CHECKING ACCOUNT |
| For Period Ending: | 12/18/08 | Blanket Bond (per case limit): | $ 2,250,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 06/06/07 | 001019 | Johnston, Allison & Hord, P.A.<br>610 East Morehead Street<br>PO Box 36469<br>Charlotte, North Carolina 28236 | Pro-rata allocation of available balance per Order of 5/24/07 | | | 2,980.21 | | | 5,151.42 |
| 06/06/07 | 001020 | Joseph W. Grier, III<br>Grier Furr & Crisp, PA<br>101 North Tryon Street, Suite 1240<br>Charlotte, North Carolina 28246 | Pro-rata Allocation of Available Balance per Order of 5/24/07 | | | 572.99 | | | 4,578.43 |
| 06/06/07 | 001021 | Langdon M. Cooper, Trustee | Pro-Rata Allocation of Available Balance per Order of 5/24/07 | | | 4,578.43 | | | 0.00 |
| 11/26/08 | | Mullen Holland & Cooper P.A. | Transfer In From MMA Account | | | | | 11,261.50 | 11,261.50 |
| 12/04/08 | | Johnston, Allison and Hord, P.A. Trust Account | Recovered Funds | 11,588.83 | | | | | 22,850.33 |

```
Account ******6712    Balance Forward              0.00
                    1 Deposits               11,588.83       21 Checks              284,307.40
                    0 Interest Postings          0.00         0 Adjustments Out         0.00
                                            -----------       0 Transfers Out          0.00
                      Subtotal          $  11,588.83                                ----------
                    0 Adjustments In           0.00            Total            $  284,307.40
                   15 Transfers In       295,568.90
                                        -----------
                      Total             $ 307,157.73
```

Ver: 14.11

LFORM2XT

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-53007 -JCW | | Trustee Name: | LANGDON COOPER |
| Case Name: | DIBRUNO SR., JOSEPH A. | | Bank Name: | BANK OF AMERICA |
| Taxpayer ID No: | *******7487 | | Account Number / CD #: | ******6712 CHECKING ACCOUNT |
| For Period Ending: | 12/18/08 | | Blanket Bond (per case limit): | $ 2,250,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

Report Totals

| | | | |
|---|---|---|---|
| Balance Forward | | 0.00 | |
| 9 Deposits | | 305,745.57 | 21 Checks | 284,307.40 |
| 31 Interest Postings | | 1,412.16 | 0 Adjustments Out | 0.00 |
| | | | 15 Transfers Out | 295,568.90 |
| Subtotal | $ | 307,157.73 | Total | $ 579,876.30 |
| 0 Adjustments In | | 0.00 | | |
| 15 Transfers In | | 295,568.90 | | |
| Total | $ | 602,726.63 | Net Total Balance | $ 22,850.33 |