UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
Case No. 3:05-CV-391-MU

| In re: | Chapter 7 |
|---|---|
| Joseph A. DiBruno, Sr. | Bankruptcy Case Number 05-33007 |
| | Bankruptcy Case Number 05-33006 |
| Joseph A. DiBruno, Jr. | Bankruptcy Case Number 05-33005 |
| | Bankruptcy Case Number 05-33712 |
| Nicholas DiBruno | |
| Wendy DiBruno | Jointly Administered |
| Lela DiBruno | |
| Debtors | |

## ORDER AND FINAL DECREE

The estates of the above named Debtors have been fully administered.

IT IS ORDERED THAT:

- Langdon M. Cooper is discharged as trustee of the estates of the above named debtors and the bond is cancelled.
- The Chapter 7 cases of the above named debtors are closed.

Dated: MAY 11, 2009

Graham C. Mullen
U.S. District Court Judge